No. 396. VINSON, DIRECTOR OF ECONOMIC STABILIZATION, ET AL. *v.* WASHINGTON GAS LIGHT CO. ET AL. November 8, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General Fahy* for petitioners. *Messrs. E. Barrett Prettyman, Stoddard M. Stevens, Jr., F. G. Awalt,* and *Raymond Sparks* for the Washington Gas Light Co.; and *Messrs. Richmond B. Keech, Vernon E. West,* and *Lloyd B. Harrison* for the Public Utilities Commission,—respondents. ▮

No. 374. YAKUS *v.* UNITED STATES; and

No. 375. ROTTENBERG ET AL. *v.* UNITED STATES. November 8, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Leonard Poretsky, Harold Widetzky,* and *Joseph Kruger* for petitioner in No. 374; and *Messrs. Leonard Poretsky, John H. Backus,* and *William H. Lewis* for petitioners in No. 375. *Solicitor General Fahy* for the United States. Reported below: 137 F. 2d 850.

No. 406. CRAMER *v.* UNITED STATES. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Harold R. Medina* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Oscar A. Provost* and *Edward G. Jennings* for the United States.

No. 392. UNIVERSAL OIL PRODUCTS CO. *v.* GLOBE OIL & REFINING CO. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Alexander F. Reichmann*

and *William F. Hall* for petitioner. *Messrs. J. Bernhard Thiess* and *Sidney Neuman* for respondent. ▮

No. 409. TENNESSEE COAL, IRON & RAILROAD CO. ET AL. *v.* MUSCODA LOCAL No. 123 ET AL. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Borden Burr, E. L. All, R. T. Rives,* and *T. F. Patton* for petitioners. *Messrs. Crampton Harris, Lee Pressman,* and *J. Q. Smith* for Muscoda Local No. 123 et al.; and *Solicitor General Fahy, Messrs. Douglas B. Maggs* and *Irving J. Levy,* and *Miss Bessie Margolin* for the Administrator of the Wage and Hour Division, U. S. Dept. of Labor,—respondents. ▮

No. 436. WALLING, ADMINISTRATOR, *v.* JAMES V. REUTER, INC. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* for petitioner. *Mr. Frank S. Normann* for respondent. ▮

No. 441. GENERAL TRADING CO., DOING BUSINESS AS MINNEAPOLIS IRON STORE, *v.* STATE TAX COMMISSION. November 22, 1943. Petition for writ of certiorari to the Supreme Court of Iowa granted. *Messrs. Edward S. Stringer* and *A. B. Howland* for petitioner. *Mr. Jens Grothe* for respondent. ▮

No. 447. JOHNSON ET AL. *v.* YELLOW CAB TRANSIT CO. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Randell S. Cobb,* Attorney General of Oklahoma,